JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR ROMAN RODRIGUEZ,<br><br>   Petitioner,<br>vs.<br>TERESER A. BANKS, Warden,<br>   Respondent. | Case No. CV 11-3781-JST (DTB)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: 1/26/2012

JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE

1